# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY HAPPOLD,

Petitioner/Defendant,

   -vs-

UNITED STATES OF AMERICA,

Respondent/Plaintiff.                    No. 12-cv-150-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court, petitioner's motion is **DENIED** and petitioner's claims are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Signed this 10th day of December, 2013.

David R. Herndon
2013.12.10
05:26:50 -06'00'

**Chief Judge**
**U.S. District Court**